TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants PATELCO CREDIT
UNION and NATIONAL CREDIT UNION
ADMINISTRATION, as liquidating agent of Cal
State 9 Credit Union

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BLESSING U. AHURUONYE, | Case No. C 09-01225 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| PATELCO CREDIT UNION, CAL STATE 9 CREDIT UNION, MIKE SIMMS, ADVANCED INVESTIGATIONS, AND DOES 1 TO 10, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Plaintiff BLESSING U. AHURUONYE and Defendant NATIONAL CREDIT UNION ADMINISTRATION, as liquidating agent of Cal State 9 Credit Union, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Defendant NATIONAL CREDIT UNION ADMINISTRATION, as liquidating agent of Cal State 9 Credit Union, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

    IT IS HEREBY FURTHER STIPULATED that Plaintiff BLESSING U. AHURUONYE releases any claim previously submitted, or that could have been submitted, to Defendant

1  NATIONAL CREDIT UNION ADMINISTRATION, as liquidating agent of Cal State 9 Credit
2  Union, that is related to the subject matter of this action.
3  Dated: July 70, 2009

4
5  By: _____
   BLESSING U. AHURUONYE
   Plaintiff *In Pro Per*

7  Dated: ~~July~~ August 5, 2009
8
   LOMBARDI, LOPER & CONANT, LLP

9  By: _____
10    VINCENT CASTILLO
      Attorneys for Defendants PATELCO
11    CREDIT UNION and NATIONAL
      CREDIT UNION ADMINISTRATION, as
12    liquidating agent of Cal State 9 Credit Union

14  IT IS SO ORDERED:
15
16  DATED: August 11, 2009
                                  _____
17                                ~~HON. SAUNDRA BROWN ARMSTRONG~~
                                  ~~UNITED STATES DISTRICT JUDGE~~
18
                                  JAMES LARSON
19                                UNITED STATES MAGISTRATE JUDGE