UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blessing U. Ahuruonye, | No. C 09-1225 JL |
|     Plaintiff, | |
|     v. | **ORDER OF DISMISSAL** |
| Patelco Credit Union, | |
|     Defendant. | |

    The parties hereto, by their counsel, having advised the court that they have agreed to a settlement with Patelco Credit Union only, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

DATED: June 3, 2010

                                                              James Larson
                                                    United States Magistrate Judge