TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants PATELCO CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLESSING U. AHURUONYE,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION, CAL STATE 9 CREDIT UNION, MIKE SIMMS, ADVANCED INVESTIGATIONS, AND DOES 1 TO 10,<br><br>Defendants. | Case No. C 09-01225-JL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between defendant PATELCO CREDIT UNION ("PATELCO") and plaintiff BLESSING H. AHURUONYE, in Pro Per, that the above-captioned action be and hereby is dismissed with prejudice as to Defendants PATELCO CREDIT UNION, CAL STATE 9 CREDIT UNION, and the NATIONAL CREDIT UNION ADMINISTRATION. The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of the issues between both parties. Each party is to bear their own attorneys fees and court costs.

///

///

///

00525-38356 KEG 584629.1

STIPULATION FOR VOLUNTARY DISMISSAL
CASE NO.: C 09-01225 JL

1  This action is not a class action; a receiver has not been appointed; and the action is not
2  governed by any statute of the United States that requires an order of the court for dismissal.
3  All parties to this action that have entered an appearance and that remain in the action have
4  executed this dismissal through the undersigned counsel of record.

Dated: December 3, 2010

By: /s/ *signature*
BLESSING H. AHURUONYE
PLAINTIFF IN PRO PER

Dated: December 3, 2010

LOMBARDI, LOPER & CONANT, LLP

By: /s/ *signature*
VINCENT CASTILLO
Attorneys for Defendant PATELCO
CREDIT UNION

## ~~PROPOSED~~ ORDER

AND NOW, TO WIT, this __6th__ day of __December, 2010__ based on the foregoing stipulation of the parties hereto, it is hereby ordered that PATELCO CREDIT UNION is dismissed from this action in its entirety with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

/s/ *signature*
JAMES LARSON
United States District Magistrate Judge

00525-38356 KEG 584629.1      - 2 -      STIPULATION FOR VOLUNTARY DISMISSAL
                                          CASE NO.: C 09-01225 JL

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541